receipt #72942
ck # 117

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

FILED
U.S. BANKRUPTCY COURT
2011 APR 13 PM 3: 19
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| IN RE: | CASE NO. 10-40532 |
| GARY C. HAUN | |
| NANCY M. HAUN | JUDGE KAY WOODS |
| Debtor(s) | DIVIDENDS LESS THAN $5.00 |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court, in the amount of $3.85.

The dividend relates to the following claimants:

Robert J. Brocker, Jr., Inc.
1616 Covington Street
Youngstown, OH 44510                        $3.85

**TOTAL:**                                  $3.85

    2. My Trustee's check for $3.85 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

DATE: April 11, 2011

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
Chapter 7 Trustee
150 E. Market St.
Suite 300
Warren, OH 44481
(330) 392-8551
Fax no. : (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com
OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE